## 31739. RICKETTS v. KNOWLES.

PER CURIAM.
This case is controlled by this court's decision in *England v. Newton,* 238 Ga. 534 (1977), and the judgment of the habeas court must be affirmed.
*Judgment affirmed. Nichols, C. J., Undercofler, P. J., Jordan, Ingram, Hall and Hill, JJ., concur.*

ARGUED JANUARY 10, 1977 — DECIDED APRIL 6, 1977.

*Arthur K. Bolton, Attorney General, Isaac Byrd, Assistant Attorney General,* for appellant.
*James C. Bonner, Jr.,* for appellee.